WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WildEarth Guardians, et al., | No. CV-13-00392-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Department of Justice, | |
| Defendant. | |

This case proceeds here on remand with a directive from the Ninth Circuit Court of Appeals that it be dismissed for lack of standing. The Mandate issued on December 17, 2018.

**Accordingly,**

**IT IS ORDERED** that this matter is dismissed for lack of standing.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter Judgment for Defendant, accordingly.

Dated this 19th day of December, 2018.

Honorable David C. Bury
United States District Judge